# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 20-5269**

**September Term, 2020**

FILED ON: MARCH 15, 2021

LAWYERS UNITED INC. AND EVELYN AIMEE DEJESUS,
          APPELLANTS

v.

UNITED STATES, ET AL.,
          APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-03222)

---

Before: TATEL and PILLARD, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*.

## J U D G M E N T

This appeal from the United States District Court for the District of Columbia was considered on the record and on the briefs of the parties. *See* Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). The Court has accorded the issues full consideration and has determined that they do not warrant a published opinion. *See* D.C. Cir. R. 36(d). It is

**ORDERED** and **ADJUDGED** that the judgment of the district court be **AFFIRMED**.

Substantially for the reasons contained in our court's decision in *National Ass'n for Advancement of Multijurisdiction Practice v. Howell*, 851 F.3d 12 (D.C. Cir. 2017), the district court properly granted appellees' motion to dismiss and denied their motion for reconsideration, and appellants have not shown any other reversible error.

The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk